## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

STEVEN P. MEERSCHAERT,

     Plaintiff,

v.

ASCENSION HEALTH, a Missouri
not for profit corporation, and
ASCENSION BRIGHTON CENTER
FOR RECOVERY, a Michigan not for
profit corporation,

     Defendants.

CASE NO. 2:21-cv-11205

HON. TERRENCE G. BERG

MAGISTRATE JUDGE
DAVID R. GRAND

---

SOMMERS SCHWARTZ, P.C.
Daniel D. Swanson (P29288)
Attorneys for Plaintiff
One Towne Square, Suite 1700
Southfield, Michigan  48076
(248) 355-0300
dswanson@sommerspc.com

JACKSON LEWIS, P.C.
Tiffany Buckley-Norwood (P69807)
Daniel C. Waslawski (P78037)
Franceska N. Edinger (P84629)
Attorneys for Defendants
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
Tiffany.Buckley@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com
Franceska.Edinger@jacksonlewis.com

---

## <u>NOTICE OF APPEARANCE</u>

     Please enter the Appearance of Tiffany A. Buckley-Norwood of the law firm of Jackson Lewis P.C. as counsel for Defendants ASCENSION HEALTH and ASCENSION BRIGHTON CENTER FOR RECOVERY, in the above-captioned matter.

Respectfully submitted,
JACKSON LEWIS, P.C.

/s/ Tiffany A. Buckley-Norwood
Tiffany Buckley-Norwood (P69807)
Daniel C. Waslawski (P78037)
Franceska N. Edinger (P84629)
Attorneys for Defendants
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
Tiffany.Buckley@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com
Franceska.Edinger@jacksonlewis.com

Dated:  June 22, 2021

## **CERTIFICATE OF SERVICE**

On this day June 22, 2021, the undersigned did cause to be filed the foregoing document with the Court using the CM/ECF system, which will send notice of its filing to all counsel of record.

*/s/ Tiffany A. Buckley-Norwood*
Tiffany Buckley-Norwood (P69807)

4842-0939-2111, v. 1

2