UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STEVEN P. MEERSCHAERT,**

      Plaintiff,

Case No. 2:21-cv-11205-TGB-DRG

v.

**ASCENSION HEALTH,** a Missouri not for profit corporation, and **ASCENSION BRIGHTON CENTER FOR RECOVERY,** a Michigan not for profit corporation,

      Defendants.
_____

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | JACKSON LEWIS, P.C. |
| Daniel D. Swanson (P29288) | Tiffany Buckley-Norwood (P69807) |
| Attorneys for Plaintiff | Daniel C. Waslawski (P78037) |
| One Towne Square, Suite 1700 | Franceska N. Edinger (P84629) |
| Southfield, Michigan 48076 | 2000 Town Center, Suite 1650 |
| (248) 355-0300 | Southfield, Michigan 48076 |
| dswanson@sommerspc.com | tiffany.buckley@jacksonlewis.com |
| | daniel.waslawski@jacksonlewis.com |
| | franceska.edinger@jacksonlewis.com |

_____

**ORDER GRANTING LEAVE FOR PLAINTIFF
TO FILE A FIRST AMENDED COMPLAINT**

The parties having stipulated to the filing of a First Amended Complaint and the Court being more fully advised,

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff is granted leave to file a First Amended Complaint alleging a claim of violation of the Americans with Disabilities Act, 42 U.S.C. 12101 *et. seq.* ("ADA") within fourteen days of the date of this Order.

2. In connection with Plaintiff's First Amended Complaint and his ADA claim, Defendants waive any affirmative or other defense of exhaustion of administrative remedies or other such defenses relating to or arising from the Equal Employment Opportunity Commission having not issued a Charge of Discrimination and/or a right to sue letter as of the date of this Order.

Dated: August 2, 2021              /s/Terrence G. Berg
                                   Honorable Terrence G. Berg
                                   United States District Judge