UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STEVEN P. MEERSCHAERT,**

      Plaintiff,

v.

Case No. 2:21-cv-11205-TGB-DRG

**ASCENSION HEALTH,** a Missouri not for profit corporation, and **ASCENSION BRIGHTON CENTER FOR RECOVERY,** a Michigan not for profit corporation,

      Defendants.
_____

| SOMMERS SCHWARTZ, P.C. | JACKSON LEWIS, P.C. |
|---|---|
| Daniel D. Swanson (P29288) | Maurice Jenkins (P33083) |
| Jenna H. Sheena (P84645) | Elyse Culberson (P82132) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| One Towne Square, Suite 1700 | 2000 Town Center, Suite 1650 |
| Southfield, Michigan 48076 | Southfield, Michigan 48076 |
| (248) 355-0300 | (248) 936-1900 |
| dswanson@sommerspc.com | maurice.jenkins@jacksonlewis.com |
| jsheena@sommerspc.com | elyse.culberson@jacksonlewis.com |

_____

## ORDER OF DISMISSAL

      This matter having come before the Court upon stipulation of the parties, and this Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the above- captioned case is dismissed with prejudice and without costs or other fees to any party. This order resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
HON. TERRENCE G. BERG
United States District Judge

Dated: January 26, 2022

STIPULATED AND AGREED TO:

| | |
|---|---|
| */s/ Jenna H. Sheena* | */s/ Maurice G. Jenkins (w/consent (MGJ))* |
| Jenna H. Sheena (P84645) | Maurice G. Jenkins (P33083) |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: January 26, 2022 | Dated: January 26, 2022 |

Dated: January 26, 2022